

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00091-CV

_____

JOE CONWAY AND M. NEIL CUMMINGS, Appellants

V.

CLEO PATRICIA SHELBY, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 13C0842-102

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Appellants, Joe Conway and M. Neil Cummings, filed an interlocutory appeal. Appellee, Cleo Patricia Shelby, filed a nonsuit in the trial court as to all claims that she had raised against Appellant Cummings below. We have now received an agreed motion to dismiss the interlocutory appeal as to Cummings only.

So that we may dispose of that appeal pursuant to the motion, we now order M. Neil Cummings' appeal severed from Conway's appeal against Shelby. We create a new cause for Cummings' appeal against Shelby and assign it cause number 06-13-00104-CV.

IT IS SO ORDERED.

BY THE COURT

Date:   October 8, 2013

2